DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>ANDRES, MICHAEL A<br><br><br>ANDRES, LINDA M<br><br><br><br><br><br><br><br>Debtor(s) | Chapter 13<br>Case No. 11-56203 ASW<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE<br><br>341 Meeting: Date:AUGUST 16, 2011 @ 2:30 PM<br>Initial Confirmation Date: AUGUST 29, 2011<br>Initial Confirmation Time: 2:00 PM<br>Place: 280 S. 1st Street Room 3020<br>     San Jose, CA<br>Judge: Arthur S. Weissbrodt |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. There appears to be a violation of Section 1322(d) in that the term of the Chapter 13 Plan, filed on June 30, 2011 [docket #4], exceeds 60 months. The term is approximately 61 months.

Dated: August 12, 2011            /S/ Devin Derham-Burk

                                                  Chapter 13 Trustee

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on August 12, 2011.

Said envelopes were addressed as follows:

MICHAEL A ANDRES & LINDA M ANDRES
14233 OLD JAPANESE RD
LOS GATOS, CA 95033

SILVEIRA LAW OFFICES
1177 BRANHAM LN #420
SAN JOSE, CA 95118-3766

/S/_Erin Chew_____
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 11-56203 ASW–